UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/16/06__

To: United States Court of Appeals    ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                         () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ()JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: __3:02-cv-00247-RRB__        Appeal No: __04-35555__

Short title: __Lankford v USA et al__

Composition of Record

Clerk's Files in __1__ volumes  (ccc) original  () certified copy

    Bulky docs. __1__ volumes, docket # __Administrative record__
                              (folders)

Reporter's  in _____ volumes    () original    ()certified copy
Transcripts

Exhibits:    in _____ envelopes    () under seal

           in _____ boxes        () under seal

Other: **NOTE: Certified copy of ACMS and ECF docket enclosed**

(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]